UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM A. VAN CROFT, IV,<br>      Plaintiff, | :<br>:<br>: |
| v. | :      No. 21-cv-5259 |
| MICHAEL M. MONSOUR, *et al.*,<br>      Defendants. | :<br>:<br>: |

## O R D E R

AND NOW, this 1st day of February, 2022, in light of *pro se* Plaintiff William A. Van Croft, IV's failure to either pay the fees to commence this civil action or file a motion to proceed *in forma pauperis* as directed by this Court's Order entered on December 9, 2021 (ECF No. 3), which (1) granted him thirty (30) days to do so and (2) warned him that if he failed to comply with the Order that this case would be dismissed without prejudice for failure to prosecute, and for the reasons set forth in the Court's Opinion issued this date, **IT IS ORDERED THAT**:

1. William A. Van Croft, IV's case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
**JOSEPH F. LEESON, JR.**
**United States District Judge**